UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN RE: MCLAREN
SERVISTAR HARDWARE,
INC.,

_____/

SAMUEL D. SWEET, Trustee,
LEE J. KLEIN, Creditor, and
SAMUEL L. MCLAREN, Creditor

       Plaintiffs / Appellants


                              Civil No. 07-13607
                              Hon. John Feikens
      v.                         Magistrate Mona K. Majzoub

TRUSERV CORPORATION,

       Defendant / Appellee.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      I have before me, Magistrate Mona K. Majzoub's Report and Recommendation

("Report"). In her Report, Magistrate Majzoub recommends that I affirm the Bankruptcy

Court's order denying Appellants' motion for leave to appeal. Neither party has filed objections

to Magistrate Majzoub's report during the time set aside for doing so. I find that Magistrate

Mazjoub has throughly and correctly analyzed the issues and I agree with her recommendation.

For these reasons, I ADOPT IN FULL Magistrate Majzoub's Report and AFFIRM the

Bankruptcy Court's order denying Appellants' motion for leave to appeal.

**IT IS SO ORDERED.**

Date:   April 15, 2008               s/John Feikens
                                     United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on April 15, 2008, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager